UNITED STATES of America, Plaintiff—Appellee,

v.

Matthew Evans DOWD, Defendant—Appellant.

No. 04–30062.

United States Court of Appeals, Ninth Circuit.

Sept. 19, 2005.

Joshua A. Van De Wetering, Esq., USMI—Office of The U.S. Attorney, Missoula, MT, for Plaintiff–Appellee.

Darla J. Mondou, Esq., Upton, MA, for Defendant–Appellant. D.C. No. CR–03–00007–DWM.

Before: SCHROEDER, Chief Judge, GRABER and FISHER, Circuit Judges.

ORDER

Appellant's motion for remand to the district court for resentencing under *United States v. Ameline,* 409 F.3d 1073 (9th Cir.2005) (en banc), filed August 15, 2005, is GRANTED.